# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 02-1308WM, 02-1701WM, 02-1704WM, 02-1709WM, 02-1710WM, 02-1722WM,  02-1723WM, 02-2068WM, 02-3582WM

_____

|  |  |  |
|---|---|---|
| _____ | * |  |
|  | * |  |
| No. 02-1308WM | * |  |
| _____ | * |  |
|  | * |  |
| United States of America, | * |  |
|  | * |  |
| Appellee, | * |  |
|  | * |  |
| v. | * |  |
|  | * |  |
| Michael Hatcher, | * |  |
|  | * |  |
| Appellant. | * | On Appeal from the United |
|  | * | States District Court |
| _____ | * | for the Western District |
|  | * | of Missouri. |
| Nos. 02-1701WM, 02-1704WM, | * |  |
| 02-1723WM | * |  |
| _____ | * |  |
|  | * |  |
| United States of America, | * |  |
|  | * |  |
| Appellee, | * |  |
|  | * |  |
| v. | * |  |
|  | * |  |
| Joseph Anthony Porrello, | * |  |
|  | * |  |
| Appellant. | * |  |
|  | * |  |

_____

Nos. 02-1709WM, 02-1710WM,
02-1722WM, 02-2068WM,
02-3582WM

_____

United States of America,

    Appellee,

  v.

Angelo Porrello,

    Appellant.

\*
\*
\*
\*
\*
\* On Appeal from the United
\* States District Court
\* for the Western District
\* of Missouri.
\*
\*
\*
\*
\*

_____

Submitted: January 13, 2003
Filed: September 7, 2005

_____

Before BOWMAN, RICHARD S. ARNOLD[1], and BYE, Circuit Judges.

_____

PER CURIAM.

In a previous opinion in this case, <u>United States v. Hatcher</u>, 323 F.3d 666 (8th Cir. 2003), we held the bulk of appellants' arguments lacked merit, but remanded so the district court could determine whether tape-recorded conversations between various cooperating witnesses and their attorneys should have been turned over to the

_____

[1]The Honorable Richard S. Arnold died on September 23, 2004. This opinion is being filed by the remaining judges of the panel pursuant to 8th Cir. Rule 47E.

defense. We retained jurisdiction to consider the result of the district court's inquiry, and it has now certified to us it has reached a conclusion. On remand, the district court concluded appellants were not prejudiced by the non-disclosures. We conclude the district court properly resolved this claim and affirm. <u>See</u> 8th Cir. R. 47B.

The order and judgment of the district court are affirmed in all respects.

_____